UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMBISHA SHOSHONE TRIBE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-cv-00968-GK |
| KENNETH SALAZAR, Secretary of the Interior, et al., | ) |
| Defendants. | ) |

**MEMORANDUM IN RESPONSE TO MOTION FOR LEAVE TO FILE**
***AMICUS CURIAE* BRIEF**

On November 10, 2010, a motion was filed on behalf of George Gholson seeking leave to file a Brief *Amicus Curiae* in support of Defendants' Motion to Dismiss.

Plaintiffs do not oppose the Motion for Leave to File, although there are procedural and substantive grounds to do so. The Brief *Amicus Curiae* is proffered as relevant to the pending motion to dismiss but raises only factual matters that are not at all relevant to that motion. Further, the Movant is an individual associated with a dissident group that disagrees with the Plaintiff Tribe and its elected Tribal Council, and there is a pending administrative appeal considering this dissident group's effort to put itself forward as the "rightful" government of the Tribe. The Movant is not himself a member of the Tribe and does not meet the qualifications for membership.

First, the *Amicus* Brief raises only factual issues that are contrary to and outside the allegations of the Complaint. The proposed *Amicus Curiae* Brief raises only two issues:

(1) It challenges the status and authority of the Plaintiffs to represent the Timbisha Shoshone Tribe, asserting, contrary to the allegations of the Complaint (paragraphs 5 - 10), that "Plaintiff is not the Tribal government,"(*Amicus* Brief, p. 2) and that Plaintiffs do not represent the Tribe.  *Amicus* Brief, pp. 1-2.

(2) The Brief also alleges, contrary to the Complaint (paragraph 5), that no government presently exists for the Timbisha Shoshone Tribe (*Amicus* Brief, pp. 1-3) and that ". . . there is no Tribal government to accept the distributions."  This latter allegation appears to be based on the mistaken notion that Plaintiffs are seeking a distribution of the funds.  On the contrary, Plaintiffs allege that the Tribe presently owns an undivided share of the judgment fund, and they seek, not a distribution, but a declaratory judgment and an injunction to prevent payment of the fund to others.

It is elementary that on review of a motion to dismiss for failure to state a claim under Fed.Rules Civ.Proc. Rule 12(b)(6), a court "must treat the complaint's factual allegations as true ... and must grant plaintiff the benefit of all inferences that can be derived from the facts alleged."  *Holy Land Foundation for Relief and Development v. Ashcroft,* 333 F.3d 156 (D.C. Cir. 2003) (quoting *Sparrow v. United Air Lines, Inc.*, 216 F.3d 1111, 1113 (D.C.Cir. 2000)).

In addition, the Motion and proposed *Amicus* brief seek to raise issues that have been the subject of three previous federal lawsuits and are now the subject of a pending administrative appeal.  Movant is associated with the dissident group that filed a federal lawsuit against Joe Kennedy and some of the other Plaintiffs in the present case, challenging their authority as the government of the Tribe.  In that case, the District Court denied the dissident group's motion for a preliminary injunction on the ground that they

failed to make a "clear showing" that they were likely to succeed on the merits of their claims. *Timbisha Shoshone Tribe, et al. v. Kennedy*, 687 F.Supp.2d 1171 (E.D. Cal. 2009) [remanded to the Superior Court for Inyo County, *Timbisha Shoshone Tribe v. Kennedy*, 714 F.Supp.2d 1064 (E.D. Cal. April 27, 2010) (NO. CV F 09-1248 LJO SMS), and voluntarily dismissed.]

That group also sued the Department of the Interior twice, seeking to compel the Department to recognize it as the government. *Timbisha Shoshone Tribe v. Salazar,* Slip Copy, 2009 WL 5777980 (E.D. Cal. April 28, 2009) (NO. 2:09-cv-00246) and *Timbisha Shoshone Tribe v. Salazar,* 697 F.Supp.2d 1181 (E.D. Cal. March 16, 2010) (NO. CV F 09-2230 LJO SMS). Both suits were dismissed. The issue of the Department's recognition of the Timbisha Shoshone Tribe's government is also the subject of a pending administrative appeal. United States Department of the Interior, Office of the Secretary, *Joe Kennedy, et al., Appellants, and George Gholson, et al., Appellants, v. Pacific Region Director, Bureau of Indian Affairs,* Appeal of the Tribal Council of the Death Valley Timbi-Sha Shoshone Band of California from the February 17, 2009 Decision of the Pacific Region Director, Bureau of Indian Affairs, filed March 19, 2010.

The present Motion and proposed *Amicus* Brief are an extension of an on-going campaign by the dissident group to oppose and displace the long-standing constitutional government of the Timbisha Shoshone Tribe, an issue pending within the Department of the Interior and not involved in this case or the pending Motion to Dismiss.

Dated: November 19, 2010 Respectfully submitted,

/s/ **Robert T. Coulter**

Robert T. Coulter,
DC Bar No. 226191
Lucy R. Simpson,
Indian Law Resource Center
602 North Ewing Street
Helena, Montana 59601
(406) 449-2006

Kirsten Matoy Carlson
Indian Law Resource Center
3019 Ferris Avenue
Royal Oak, Michigan 480473
(406)  459-4902

Philomena Kebec
Indian Law Resource Center
601 E Street, S.E.
Washington, D.C, 20003
(202) 547-2800

Counsel for Plaintiffs

Of Counsel:
David Kairys
Beasley Law School
Temple University
1719 N. Broad St.
Philadelphia, PA 19119
(215) 204-8959