# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TIMBISHA SHOSHONE TRIBE, et al.,
       Plaintiff

vs.                                             Civil Action No. 10-968

KENNETH SALAZAR, Secretary of the Interior, et. al.,
       Defendant

## NOTICE OF APPEAL

Notice is hereby given this 4th day of March, 20 11, that the Timbisha Shoshone Tribe, Joe Kennedy, Grace Goad, Angie Boland, Madeline Esteves, and Pauline Esteves hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 1st day of March, 20 11 in favor of Defendants, Kenneth Salazar, et al. against said Plaintiffs Timbisha Shoshone Tribe, Joe Kennedy, Grace Goad, Angie Boland, Madeline Esteves, and Pauline Esteves.

Robert T. Coulter, Counsel for Plaintiffs
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Brian C. Toth, Attorney, Environment & Natural Resources Div., US Department of Justice, P.O. Box 23795, Washington, D.C. 20026-3795
Maureen E. Rudolph, Attorney, Environment & Natural Resources Div., US Department of Justice, P.O. Box 23795, Washington, D.C. 20026-3795