# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 11-5019** | **September Term 2010** |
| | 1:10-cv-00968-GK |
| | **Filed On:** April 5, 2011 |

Timbisha Shoshone Tribe, et al.,

    Appellants

v.

Kenneth Lee Salazar, Secretary of the Interior, et al.,

    Appellees



---

**No. 11-5049**

Timbisha Shoshone Tribe, et al.,

    Appellants

v.

Kenneth Lee Salazar, Secretary of the Interior, et al.,

    Appellees

**BEFORE:** Sentelle, Chief Judge; Ginsburg and Garland, Circuit Judges

## ORDER

Upon consideration of appellees' motion to dismiss No. 11-5019, the response thereto, and the reply; appellants' motion to consolidate and to maintain expedited consideration and the response thereto; and appellees' motion for leave to file motion to hold case in abeyance pending resolution of motion to dismiss, the response thereto, and the reply, it is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| No. 11-5019 | September Term 2010 |
|---|---|

**ORDERED** that the motion to dismiss be granted, and No. 11-5019 is hereby removed from the May 16, 2011 calendar and dismissed. It is

**FURTHER ORDERED** that the motion for leave to file a motion to hold the case in abeyance be dismissed as moot. It is

**FURTHER ORDERED** that the motion to consolidate be dismissed as moot. It is

**FURTHER ORDERED** that the motion to maintain expedited consideration be granted. The following briefing schedule will now apply in No. 11-5049:

| | |
|---|---|
| Appellants' Brief | May 27, 2011 |
| Appendix | May 27, 2011 |
| Appellees' Brief | June 27, 2011 |
| Appellants' Reply Brief | July 11, 2011 |

The Clerk is directed to calendar No. 11-5049 for oral argument on the first appropriate date following the completion of briefing.

The Clerk is further directed to withhold issuance of the mandate in case No. 11-5019 until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk